## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WANDA WARD, | : |
| | : |
| Plaintiff, | : Case No. 3:22-cv-00752-SVN |
| v. | : |
| | : |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | : December 19, 2022 |
| | : |
| | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

Counsel for Defendant, Life Insurance Company of North America, hereby reports that the parties have reached an agreement in principle to settle this action, and expect to complete the settlement and file a stipulation of dismissal with prejudice within thirty days.

        ROBINSON & COLE LLP

        By: */s/ Patrick W. Begos*
         Patrick W. Begos
         Raymond J. Carta
         1055 Washington Boulevard
         Stamford, CT 06901
         Tel: (203) 462-7500

        *Counsel for Defendant*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Patrick W. Begos*
                                            Patrick W. Begos